UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT WATSON,

                Plaintiff,

- against -

COMPAGNE FINANCIÉRE RICHMONT SA,
and RICHEMONT NORTH AMERICA INC.,

                Defendants.

**ORDER**

18 Civ. 547 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Plaintiff's motion to amend:

1. Plaintiff's motion is due on **January 10, 2020**;

2. Defendants' opposition is due on **January 24, 2020**; and

3. Plaintiff's reply, if any, is due on **January 31, 2020**.

The Clerk of Court is directed to terminate the motions (Dkt. Nos. 58, 63).

Dated: New York, New York
       December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge